| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>McCormick, Douglas F. | 2. Court or Organization<br><br>U.S. District Court - Central District of California | 3. Date of Report<br><br>05/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 |
| 2. | Director (through 4/13/2016) | Constitutional Rights Foundation - Orange County |
| 3. | Member, Judicial Advisory Board (from 5/1/2016) | Constitutional Rights Foundation - Orange County |
| 4. | Director (from 10/1/2016) | Federal Bar Association - Orange County |
| 5. | | |
| 6. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Judge - Orange County Superior Court, State of California |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase account | | None | J | T | | | | | |
| 2. Minnesota Life - Universal Life | B | Int./Div. | N | T | | | | | |
| 3. Family Trust #1 (H) | | | | | | | | | |
| 4. Northern Trust account | A | Interest | | W | Closed | 12/06/16 | K | | |
| 5. Chase Private Client checking | A | Interest | M | T | Open | 02/29/16 | J | | |
| 6. Chase Private Client savings | A | Interest | N | T | Open | 02/29/16 | J | | |
| 7. American Funds 529 account #1 (H) | | | | | | | | | |
| 8. -Capital World Growth and Income | C | Dividend | M | T | | | | | |
| 9. -The Growth Fund of America | A | Dividend | M | T | | | | | |
| 10. -The Investment Company of America | C | Dividend | M | T | | | | | |
| 11. -SMALLCAP World Fund | A | Dividend | K | T | | | | | |
| 12. American Funds 529 Account #2 (H) | | | | | | | | | |
| 13. -Capital World Growth and Income | C | Dividend | M | T | | | | | |
| 14. -The Growth Fund of America | A | Dividend | M | T | | | | | |
| 15. -The Investment Company of America | C | Dividend | M | T | | | | | |
| 16. -SMALLCAP World Fund | A | Dividend | K | T | | | | | |
| 17. American Funds 529 Account #3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Capital World Growth and Income | B | Dividend | M | T | | | | | |
| 19. -The Growth Fund of America | A | Dividend | M | T | | | | | |
| 20. -The Investment Company of America | C | Dividend | M | T | | | | | |
| 21. -SMALLCAP World Fund | A | Dividend | K | T | | | | | |
| 22. Facebook Common Stock | | None | M | T | | | | | |
| 23. Blackrock Muniyld Cali Qual Fd Mutual Fund | C | Dividend | L | T | | | | | |
| 24. Nuveen Cal Div Adv Muni Fd Mutual Fund | C | Dividend | L | T | | | | | |
| 25. San Francisco Calif City & Cnty Pub Util Commn Wtr Rev-A Muni Bond | B | Interest | | | Redeemed | 05/02/16 | L | | |
| 26. Los Angeles Calif Wastewater Sys Rev Muni Bond | B | Interest | K | T | | | | | |
| 27. Glendale Calif Uni Sch Dist Muni Bond | B | Interest | K | T | | | | | |
| 28. Anaheim Calif Un High Sch Dist Ref Muni Bond | B | Interest | | | Redeemed | 03/01/16 | K | | |
| 29. Palo Alto Calif Util Rev Ref-A Muni Bond | B | Interest | L | T | | | | | |
| 30. Los Angeles CA Dept Wtr & Pwr Sys Rev Ser-B Muni Bond | B | Interest | L | T | | | | | |
| 31. California St Genl Oblig Muni Bond | C | Interest | M | T | | | | | |
| 32. Los Angeles Cnty Calif Met Transn Auth Sales Tax Rev-E Muni Bond | B | Interest | K | T | | | | | |
| 33. Carlsbad Calif Uni Sch Dist-C Muni Bond | A | Interest | K | T | | | | | |
| 34. Tustin Calif Pub Fing Auth Wtr Rev-A Muni Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Santa Rosa Calif Wtr Rev Muni Bond | B | Interest | L | T | | | | | |
| 36. Palo Alto Calif Genl Oblig-A Muni Bond | A | Interest | K | T | | | | | |
| 37. Metropolitan Wtr Dist of Souther Calif Wtr Rev Ref Ser-C Muni Bond | B | Interest | K | T | | | | | |
| 38. Western Mun Wtr Dist Facs Auth Calif Wtr Rev Ser-B Muni Bond | B | Interest | K | T | | | | | |
| 39. Metropolitan Wtr Dist Southn Calif Wtrwks Ser-C Muni Bond | B | Interest | | | Redeemed | 07/01/16 | L | | |
| 40. Univeristy Calif Revs-L Muni Bond | B | Interest | | | Redeemed | 05/16/16 | L | | |
| 41. Santa Margarita/Dana Point Auth Calif R OID Muni Bond | C | Interest | L | T | | | | | |
| 42. Morgan Stanley Bank N.A. | A | Interest | K | T | | | | | |
| 43. Sonoma Cnty Calif Jr College Dist Muni Bond | B | Interest | L | T | | | | | |
| 44. San Diego Calif Cmnty College Dist | B | Interest | L | T | | | | | |
| 45. California Infrastructure & Economic Dev Muni Bond | C | Interest | L | T | | | | | |
| 46. Los Angeles Calif Unified School Dist Muni Bond | C | Interest | L | T | | | | | |
| 47. Pioneer Mlti Asset Ult Sht Inc A (MAFRX) | D | Dividend | O | T | | | | | |
| 48. iShares Russell 1000 Growth ETF | D | Dividend | O | T | Sold (part) | 01/22/16 | M | | |
| 49. | | | | | Sold (part) | 04/22/16 | L | | |
| 50. | | | | | Sold (part) | 07/15/16 | J | | |
| 51. iShares Russell 1000 Value ETF | E | Dividend | O | T | Sold (part) | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/22/16 | M | | |
| 53. | | | | | Sold (part) | 07/15/16 | K | | |
| 54. iShares Russell 2000 Growth ETF | A | Dividend | L | T | Sold (part) | 01/22/16 | K | | |
| 55. | | | | | Sold (part) | 04/22/16 | K | | |
| 56. | | | | | Sold (part) | 07/15/16 | J | | |
| 57. iShares Russell 2000 Value ETF | B | Dividend | M | T | Sold (part) | 01/22/16 | K | | |
| 58. | | | | | Sold (part) | 04/22/16 | K | | |
| 59. | | | | | Buy (add'l) | 07/15/16 | K | | |
| 60. iShares Russell Midcap G ETF | B | Dividend | M | T | Sold (part) | 01/22/16 | K | | |
| 61. | | | | | Sold (part) | 04/22/16 | K | | |
| 62. | | | | | Buy (add'l) | 07/15/16 | K | | |
| 63. iShares Russell Midcap V ETF | B | Dividend | M | T | Buy (add'l) | 01/22/16 | J | | |
| 64. | | | | | Sold (part) | 04/22/16 | K | | |
| 65. | | | | | Sold (part) | 07/15/16 | J | | |
| 66. Detusche X-Trackers MSCI EAF | D | Dividend | O | T | Buy (add'l) | 01/22/16 | L | | |
| 67. | | | | | Sold (part) | 04/22/16 | L | | |
| 68. | | | | | Sold (part) | 07/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. iShares Core MSCI EAFE ETF | D | Dividend | N | T | Buy (add'l) | 01/22/16 | L | | |
| 70. | | | | | Sold (part) | 04/22/16 | L | | |
| 71. | | | | | Sold (part) | 07/15/16 | J | | |
| 72. iShares Core MSCI Emerging | D | Dividend | N | T | Buy (add'l) | 01/22/16 | K | | |
| 73. | | | | | Sold (part) | 04/22/16 | L | | |
| 74. | | | | | Buy (add'l) | 07/15/16 | M | | |
| 75. Santander CD | B | Interest | M | T | | | | | |
| 76. Bank of China CD | A | Interest | | | Redeemed | 01/04/16 | M | | |
| 77. Bank Baroda CD | A | Interest | | | Redeemed | 03/29/16 | M | | |
| 78. Beal Bank CD | B | Interest | M | T | | | | | |
| 79. Everbank CD | A | Interest | | | Redeemed | 04/18/16 | M | | |
| 80. | | | | | Buy | 05/17/16 | M | | |
| 81. | | | | | Redeemed | 11/18/16 | M | | |
| 82. Goldman Sachs CD | A | Interest | | | Redeemed | 05/12/16 | M | | |
| 83. Santa Ana Country Club | | | L | W | | | | | |
| 84. Hall Wines of Napa LP | B | Interest | K | W | | | | | |
| 85. Mbank Manistique CD | A | Interest | M | T | Buy | 05/17/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Merrick Bank CD | A | Interest | M | T | Buy | 02/09/16 | M | | |
| 87. | Frederick Coun CD | A | Interest | M | T | Buy | 05/17/16 | M | | |
| 88. | BMO Harris Bk CD | A | Interest | M | T | Buy | 05/17/16 | M | | |
| 89. | Bank India CD | A | Interest | M | T | Buy | 12/19/16 | M | | |
| 90. | Bank Leumi CD | A | Interest | M | T | Buy | 09/19/16 | M | | |
| 91. | iShares iBoxx$ H/Y Cor Bd ETF | C | Dividend | M | T | Buy | 04/22/16 | L | | |
| 92. | | | | | | Buy (add'l) | 07/15/16 | L | | |
| 93. | iShares Tips Bond ETF | B | Dividend | M | T | Buy | 07/15/16 | M | | |
| 94. | Vanguard Short Term Bnd | B | Dividend | M | T | Buy | 04/22/16 | M | | |
| 95. | | | | | | Sold (part) | 07/15/16 | L | | |
| 96. | Vanguard Total Bond Market | B | Dividend | L | T | Buy | 04/22/16 | N | | |
| 97. | | | | | | Sold (part) | 07/15/16 | M | | |
| 98. | Wisdomtree Trust Japn Hedge Eq | B | Dividend | M | T | Buy | 07/15/16 | M | | |
| 99. | BMO Pyrford Int'l Stock Fund | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 100. | Cohen & Steers Preferred Secs & Income Fund | B | Dividend | K | T | Buy | 07/22/16 | K | | |
| 101. | John Hancock Fundamental Large Cap Core Fund | A | Dividend | K | T | Buy | 07/22/16 | J | | |
| 102. | Matthews Int'l Asia Dividend Fund | A | Dividend | J | T | Buy | 07/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nuveen Preferred Securities Fund | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 104. Sit Dividend Growth Fund | B | Dividend | K | T | Buy | 07/22/16 | K | | |
| 105. Credit Suisse Floating Rate High Income Fund | B | Dividend | K | T | Buy | 07/22/16 | K | | |
| 106. Doubleline Fds Total Return Bond Fund | B | Dividend | L | T | Buy | 07/22/16 | L | | |
| 107. Federated Institutional High Yield Bond Fund | B | Dividend | K | T | Buy | 07/22/16 | K | | |
| 108. Harbor Fd Conv Secs Fund | A | Dividend | K | T | Buy | 07/22/16 | K | | |
| 109. JP Morgan Unconstrained Debt Fund Select | B | Dividend | K | T | Buy | 07/22/16 | K | | |
| 110. Lord Abbott Short Duration Income Fund | B | Dividend | K | T | Buy | 07/22/16 | K | | |
| 111. Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Buy | 07/22/16 | K | | |
| 112. Pimco High Yield Fund | B | Dividend | K | T | Buy | 07/22/16 | K | | |
| 113. Muzinich Low Duration Fund | A | Dividend | K | T | Buy | 07/22/16 | K | | |
| 114. Ridgeworth Seix Floating Rate High Income Fund | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 115. T Rowe Price Institutional FLoating Rate Fund | A | Dividend | K | T | Buy | 07/22/16 | K | | |
| 116. Voya Ser FD Floating Rate Fund | A | Dividend | K | T | Buy | 07/22/16 | K | | |
| 117. Pimco Unconstrained Bond Fund | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCormick, Douglas F. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3, Family Trust #1, covers Lines 4 through 117.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Douglas F. McCormick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544